UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 15-20160-CIV-GAYLES/TURNOFF

YOUNES KABBAJ,

    Plaintiff,

vs.

BRIAN ALBRO, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** came before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal [ECF No. 23]. The Court referred the matter to the Honorable William C. Turnoff, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a Report and Recommendation [ECF No. 24]. On June 16, 2015, Judge Turnoff issued a Report recommending that the Court deny Plaintiff's Motion to Proceed *In Forma Pauperis* [ECF No. 25]. Plaintiff has objected to the Report [ECF No. 26].

Judge Turnoff found that Plaintiff failed to file a sworn affidavit in support of his motion in accordance with Federal Rule of Appellate Procedure 24(a)(1), and that even if Plaintiff had filed a sworn affidavit, his appeal is frivolous. Therefore, he recommends that Plaintiff's motion be denied. "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). A frivolous appeal is not taken in good faith. *United States v. Alvarez*, 506 F.Supp.2d 1285, 1290 (S.D. Fla. 2007). The Court concurs with Magistrate Judge Turnoff's recommendation.

Plaintiff has filed lengthy objections to the Report. Plaintiff, however, is attempting to re-argue his Motion for Reconsideration and his Motion for Recusal. The Court finds Plaintiff's objections raise no new credible arguments. Based thereon, it is

**ORDERED and ADJUDGED** that Judge Turnoff's Report and Recommendation [ECF No. 25] is **AFFIRMED and ADOPTED** as the Order of the Court. Accordingly, Plaintiff's Motion to Proceed *In Forma Pauperis* [ECF No. 23] is **DENIED**.

**DONE and ORDERED** in chambers, at Miami, Florida, this 9th day of July, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE